FILED
MAY 17 2017
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:17CR 86 Judge Crone |
| SUMAIYA ALI | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. § 1001(a)(2)
(False Statement Regarding International Terrorism)

That on or about the 5th day of May, 2015, in the Northern District of Texas, **Sumaiya Ali**, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), which statement involved international and domestic terrorism, in that defendant falsely stated to Special Agents of the FBI that her sons, known by initials "O.A." and "A.A.," were living in Egypt and not living in Syria, and that her sons never had any affiliation with ISIS or any other terrorist group. The statements and representations were false because, as **Sumaiya Ali** then and there knew, she had been in regular communication with her sons and knew of their re-location to Syria and their affiliation with ISIS.

In violation of Title 18, United States Code, Section 1001.

**SUMAIYA ALI**
**INFORMATION - Page 1**

RESPECTFULLY SUBMITTED,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_5·11·17_____                    _____
Date                                      Camelia Lopez
                                          Assistant United States Attorney
                                          Texas Bar. No. 24036990
                                          101 E. Park Blvd. Suite 500
                                          Plano, TX 75074
                                          (972) 509-1201 (main)
                                          (972) 509-1209 (fax)
                                          Camelia.Lopez@usdoj.gov

_5/12/17_____                     _____
Date                                      M. Andrew Stover
                                          Assistant United States Attorney
                                          Texas Bar. No. 19349300
                                          101 E. Park Blvd. Suite 500
                                          Plano, TX 75074
                                          (972) 509-1201 (main)
                                          (972) 509-1209 (fax)
                                          Andrew.Stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR____ |
| | § | Judge |
| SUMAIYA ALI | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1001(a)(2)
(False Statement Regarding International Terrorism)

Penalty: A fine of not more than $250,000, or twice the gross pecuniary gain or loss, and/or imprisonment for not more than eight years, and a term of supervised release for not more than three years.

Special
Assessment: $100.00