

**FILED**

MAY 17 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR 86 <br> Judge Crone |
| SUMAIYA ALI | § | |

### ELEMENTS OF THE OFFENSE

You are charged in Count One of the Information with a violation of 18 U.S.C. § 1001, False Statement Involving International Terrorism. The essential elements which the government must prove beyond a reasonable doubt are as follows:

First:     That you made a false statement to the Federal Bureau of Investigation, an agency within the executive branch of the United States government, regarding a matter within its jurisdiction;

Second:     That you made the statement intentionally, knowing that it was false;

Third:     That the statement was material;

Fourth:     That you made the false statement for the purpose of misleading the Federal Bureau of Investigation; and

Fifth:     That the offense involved international terrorism, as defined in 18 U.S.C. § 2331.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

*/s/   Camelia Lopez*

CAMELIA LOPEZ
Assistant United States Attorney
Texas Bar No. 24036990
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Camelia.Lopez@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via email to defense counsel on this the 16th day of May, 2017.

                                                               /s/
                                              CAMELIA LOPEZ