IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:17CR86 |
| | § | Judge Crone |
| SUMAIYA ALI | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Sumaiya Ali**, have entered into an agreement in relation to the pending charges.

    Respectfully submitted,

    BRIT FEATHERSTON
    Acting United States Attorney

    */s/    Camelia Lopez*
    CAMELIA LOPEZ
    Assistant United States Attorney
    Texas Bar No. 24036990
    101 East Park Boulevard, Suite 500
    Plano, Texas 75074
    (972) 509-1201
    (972) 509-1209 (fax)
    Camelia.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the CM/ECF system on this 1st day of December, 2017.

    */s/    Camelia Lopez*
    CAMELIA LOPEZ