IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR86 |
| | § | Judge Crone |
| SUMAIYA ALI | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Information with a violation of 18 U.S.C. § 1001, False Statement Involving International Terrorism.  The essential elements which the government must prove beyond a reasonable doubt are as follows:

First: That you made a false statement to the Federal Bureau of Investigation, an agency within the executive branch of the United States government, regarding a matter within its jurisdiction;

Second: That you made the statement intentionally, knowing that it was false;

Third: That the statement was material;

Fourth: That you made the false statement for the purpose of misleading the Federal Bureau of Investigation; and

Fifth: That the offense involved international terrorism, as defined in 18 U.S.C. § 2331.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

*/s/   Camelia Lopez*
CAMELIA LOPEZ
Assistant United States Attorney
Texas Bar No. 24036990
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Camelia.Lopez@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically to counsel of record via the CM/ECF system on this 6th day of December, 2017.

                                      */s/   Camelia Lopez*
                                      CAMELIA LOPEZ
                                      Assistant United States Attorney